IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT C. MCCHESNEY, in his official capacity as Treasurer of Bart McLeay for U.S. Senate, Inc.; and BART MCLEAY FOR U.S. SENATE, INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>MATTHEW S. PETERSON, in his official capacity as Chair of the Federal Election Commission; FEDERAL ELECTION COMMISSION; and UNITED STATES OF AMERICA, <br><br>　　　　　Defendants. | 8:16CV168 <br><br> JUDGMENT |

In accordance with the accompanying Memorandum and Order:

IT IS ORDERED:

1. The Motion to Dismiss filed by Defendants Federal Election Commission and Matthew S. Peterson, ECF No. 21, is granted;

2. Plaintiffs' claims against Defendants Federal Election Commission and Matthew S. Peterson, are dismissed, with prejudice;

3. Plaintiffs' Notice of Dismissal, ECF No. 28, is approved and Defendant United States of America is dismissed as a party defendant;

4. The Motion to Dismiss filed by Defendant United States of America, ECF No. 25, is denied as moot; and

5. This Clerk of Court is directed to terminate this case for statistical purposes.

Dated this 22nd day of December, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge